**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1629**

---

ROBERT WHITMORE, III,

       Plaintiff - Appellant,

   v.

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

       Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Florence. Thomas E. Rogers, III, Magistrate Judge.  (4:23-cv-07032-TER)

---

Submitted:  November 19, 2024            Decided:  November 21, 2024

---

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robert Whitmore, III, Appellant Pro Se.  David Leach, SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Whitmore, III, appeals the magistrate judge's order granting the Commissioner's motion to dismiss as untimely Whitmore's complaint challenging the denial of his applications for disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. *See Irwin v. Dep't of Veterans Affs.*, 498 U.S. 89, 96 (1990) (discussing limited availability of equitable tolling); *Kuusk v. Holder*, 732 F.3d 302, 305 (4th Cir. 2013) (same). Accordingly, we affirm the magistrate judge's order. *Whitmore v. Comm'r of the Soc. Sec. Admin.*, No. 4:23-cv-07032-TER (D.S.C. June 24, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*